# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JAMESON, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 2:02-CV-2802-HH |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS, | : | |
| | : | |
| Defendants. | : | |
| ERNEST PEDATA, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 2:02-CV-2901-HH |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS, | : | |
| | : | |
| Defendants. | : | |
| DAVID SORENSON, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 2:02-CV-3158-HH |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS, | : | |
| | : | |
| Defendants. | : | |

[Captions continued on next page]

**AFFIDAVIT OF DARREN J. CHECK IN SUPPORT OF MOTION OF
THE WELLSVILLE GROUP TO CONSOLIDATE ACTIONS,
TO BE APPOINTED LEAD PLAINTIFFS AND
FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF
CO-LEAD COUNSEL**

| | | |
|---|---|---|
| BRIAN SMITH and DANA SMITH, on behalf of themselves and all others similarly situated, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.: 2:02-CV-3211-HH |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS, | : | |
| | : | |
| Defendants. | : | |
| KURT MEYLE, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 2:02-CV-3699-HH |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS, | : | |
| | : | |
| Defendants. | : | |
| JEFFREY J. HYSLIP, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 2:02-CV-3768-HH |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS, | : | |
| | : | |
| Defendants. | : | |

[Captions continued on next page]

SCOTT BURNSIDE, on behalf of himself and    :
all others similarly situated,    :
    :
        Plaintiff,    :
    :
   v.    :    Civil Action No.: 2:02-CV-3769-HH
    :
JOHN J. RIGAS, MICHAEL J. RIGAS,    :
TIMOTHY J. RIGAS, and JAMES P. RIGAS,    :
    :
        Defendants.    :

WILLIAM H. SPADAFORA, on behalf of himself  :
and all others similarly situated,    :
    :
        Plaintiff,    :
    :
   v.    :    Civil Action No.: 2:02-CV-3858-HH
    :
JOHN J. RIGAS, MICHAEL J. RIGAS,    :
TIMOTHY J. RIGAS, and JAMES P. RIGAS,    :
    :
        Defendants.    :

COMMONWEALTH OF PENNSYLVANIA    )
    )    ss.
COUNTY OF MONTGOMERY    )

    Darren J. Check, being duly sworn, deposes and says:

    1.    I am an attorney at Schiffrin & Barroway, LLP, one of plaintiffs' counsel in the above-captioned actions.  I submit this Affidavit in support of the motion of Jeffrey Hyslip, John Hyslip, Joseph Hyslip, Rance Backster, Larry Walsh, Richard Bokman, John Dewaileebe and Norman Preston (the "Wellsville Group") (the "Proposed Lead Plaintiffs" or "Movants") for consolidation of the related cases, for the appointment of Lead Plaintiffs and for approval of Lead Plaintiffs' selection of Co-Lead Counsel.

    2.    Attached hereto as Exhibit A is a true and correct copy of the signed certifications

of class members Jeffrey Hyslip, John Hyslip, Joseph Hyslip, Rance Backster, Larry Walsh,

Richard Bokman, John Dewaileebe and Norman Preston pursuant to the requirements of the

Private Securities Litigation Reform Act of 1995 ("PSLRA").  See 15 U.S.C. § 78u-4(a)(2).

     3.     Attached hereto as Exhibit B is a true and correct copy of the notice to class

members concerning the first-filed of the above-captioned actions that was published on May 13,

2002 on *Business Wire*, advising the public of the pendency of a class action filed on behalf of

shareholders of Adelphia Business Solutions, Inc. ("Adelphia Business").

     4.     Attached hereto as Exhibit C is a true and correct copy of a chart of Movants'

transactions in Adelphia Business securities during the relevant Class Period and approximate

losses.

     5.     Attached hereto as Exhibit D is a true and correct copy of the firm biography for

Schiffrin & Barroway, LLP, one of the law firms seeking the Court's approval as Co-Lead

Counsel.

     6.     Attached hereto as Exhibit E is a true and correct copy of the firm biography for

Wolf Haldenstein Adler Freeman & Herz, LLP, one of the law firms seeking the Court's

approval as Co-Lead Counsel.

     I hereby declare under penalty of perjury that the foregoing is true and correct.


_____
DARREN J. CHECK

Subscribed and sworn to before
me this 9th day of July, 2002.

_____
NOTARY PUBLIC