**TABLE OF CONTENTS**

**Page**

PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

PROCEDURAL BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I.   THE RELATED ACTIONS SHOULD BE CONSOLIDATED . . . . . . . . . . . . . . . . . . . 4

II.  THE PROPOSED LEAD PLAINTIFFS
     SHOULD BE APPOINTED LEAD PLAINTIFFS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

     A.  The Proposed Lead Plaintiffs Have
         Satisfied The Procedural Requirements
         Pursuant To The PSLRA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

     B.  The Proposed Lead Plaintiffs
         Constitute The "Most Adequate Plaintiff" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

         1.  The Proposed Lead Plaintiffs Have
             Made A Motion For Appointment
             As Lead Plaintiffs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

         2.  The Proposed Lead Plaintiffs
             Have The Largest Financial Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

         3.  The Proposed Lead Plaintiffs
             Otherwise Satisfy Rule 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

             a.  The Proposed Lead Plaintiffs
                 Fulfill The Typicality Requirement . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

             b.  The Proposed Lead Plaintiffs
                 Fulfill The Adequacy Requirement . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

III.   THE COURT SHOULD APPROVE THE
       PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL ..................... 10

CONCLUSION ........................................................... 12

## **TABLE OF AUTHORITIES**

**Cases**                                                                                                        **Page(s)**

De La Fuente v. Stokley-Van Camp, Inc.,
  713 F.2d 225 (7th Cir. 1983) .................................................. 9

Eisenberg v. Gagnon,
  766 F.2d 770 (3d Cir. 1985), cert denied, 474 U.S. 946
  (1985) ........................................................................ 8

Fischler v. Amsouth Bancorporation,
  1997 U.S. Dist. LEXIS 2875 (M.D. Fla. Feb. 6, 1997) ............................ 8

Greebel v. FTP Software, Inc.,
  939 F. Supp. 57 (D. Mass. 1996) ............................................. 5, 6

Halperin v. Nichols, Safina, Lerner & Co.,
  No. 94 C 6960, 1996 U.S. Dist. LEXIS 16111 (N.D. Ill. October 28, 1996) ......... 9

In re Drexel Burnham Lambert Group, Inc.,
  960 F.2d 285 (2d Cir. 1992) .................................................... 8

In re Milestone Scientific Securities Litig.,
  183 F.R.D. 404 (D.N.J 1998) ................................................. 7, 10

In re Nice Systems Securities Litig.,
  188 F.R.D. 206 (D.N.J 1999) ................................................... 5

Johnson v. Celotex Corp.,
  899 F.2d 1281 (2d Cir.), cert. denied, 498 U.S. 920 (1990) ..................... 4

Lax v. First Merchants Acceptance Corp.,
  1997 U.S. Dist. LEXIS 11866 (N.D. Ill. Aug. 6, 1997) ...................... passim

**Statutes, Rules & Regulations**

Fed. R. Civ. P. 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Fed. R. Civ. P. 42 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

15 U.S.C. § 78u-4, et seq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim