## Certificate of Service

       I, Noah R. Wortman, hereby certify that I caused a true and correct copy of the following: (i) Motion of The Wellsville Group To Consolidate Actions, To Be Appointed Lead Plaintiffs And For Approval of Lead Plaintiffs' Selection of Co-Lead Counsel; (ii) Memorandum of Law In Support of Motion of The Wellsville Group To Consolidate Actions, To Be Appointed Lead Plaintiffs And For Approval of Lead Plaintiffs' Selection of Co-Lead Counsel (iii) [Proposed] Order Consolidating Actions, Appointing Lead Plaintiffs And Approving Lead Plaintiffs' Selection of Co-Lead Counsel; and (iv) Affidavit of Darren J. Check In Support of Motion of The Wellsville Group To Consolidate Actions, To Be Appointed Lead Plaintiffs And For Approval of Lead Plaintiffs' Selection of Co-Lead Counsel to be served on July 9, 2002, via United States First-Class Mail, upon the following:

Max R. Shulman, Esq.
CRAVATH SWAINE & MOORE
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Robert Hickok, Esq.
PEPPER HAMILTON, LLP
3600 Two Logan Square
Philadelphia, PA 19103

Philip C. Korologos, Esq.
BOIES SCHILLER & FLEXNER, LLP
80 Business Park Drive, Suite 110
Armonk, NY 10504

Sherrie R. Savett, Esq.
Robin B. Switzenbaum, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Steven E. Cauley, Esq.
CAULEY GELLER BOWMAN
  & COATES, LLP
11311 Arcade Drive, Suite 200
Little Rock, AR 72212

Steven Schulman, Esq.
Samuel Rudman, Esq.
MILBERG WEISS BERSHAD
  HYNES & LERACH, LLP
One Pennsylvania Plaza
New York, NY 10119

Deborah Gross, Esq.
LAW OFFICES OF BERNARD
  GROSS, P.C.
1515 Locust Street
Philadelphia, PA 19102

John G. Emerson, Esq.
THE EMERSON FIRM
11311 Arcade Drive, Suite 102
Little Rock, AR 72212

James W. Gresens, Esq.
GRESENS & GILLEN, LLP
510 Fleet Building
12 Fountain Plaza
Buffalo, NY 14202

Fred T. Isquith, Esq.
Lawrence P. Kolker, Esq.
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
270 Madison Avenue
New York, NY 10016

Corey D. Holzer, Esq.
Michael I. Fistel, Esq.
HOLZER & HOLZER
6135 Barfield Road, Suite 102
Atlanta, GA 30328

                                                                                          _____
                                                                                          Noah R. Wortman