```
                UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WILLIAM JAMESON | : | CIVIL ACTION |
| | : | NO. 02-2802 |
| v. | : | |
| | : | |
| JOHN J. RIGAS, MICHAEL J. | : | |
| RIGAS, TIMOTHY J. RIGAS, | : | |
| and JAMES P. RIGAS | : | |

(Additional Captions Set Forth Below)

**DECLARATION OF ROBIN SWITZENBAUM IN SUPPORT OF THE SPADAFORA GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

```
ERNEST PEDATA                        :     CIVIL ACTION
                                     :     NO. 02-2901
     v.                              :
                                     :
JOHN J. RIGAS, MICHAEL J.            :
RIGAS, TIMOTHY J. RIGAS,             :
and JAMES P. RIGAS                   :
_____:
DAVID SORENSON                       :     CIVIL ACTION
                                     :     NO. 02-3158
     v.                              :
                                     :
JOHN J. RIGAS, MICHAEL J.            :
RIGAS, TIMOTHY J. RIGAS,             :
and JAMES P. RIGAS                   :
_____:
HAROLD WEINER                        :     CIVIL ACTION
                                     :     NO. 02-3211
     v.                              :
                                     :
JOHN J. RIGAS, MICHAEL J.            :
RIGAS, TIMOTHY J. RIGAS,             :
and JAMES P. RIGAS                   :
_____:
BRIAN SMITH                          :     CIVIL ACTION
                                     :     NO. 02-3625
     v.                              :
                                     :
JOHN J. RIGAS, MICHAEL J.            :
RIGAS, TIMOTHY J. RIGAS,             :
and JAMES P. RIGAS                   :
_____:
KURT MEYLE                           :     CIVIL ACTION
                                     :     NO. 02-3699
     v.                              :
                                     :
JOHN J. RIGAS, MICHAEL J.            :
RIGAS, TIMOTHY J. RIGAS,             :
and JAMES P. RIGAS                   :
_____:
JEFFREY J. HYSLIP                    :     CIVIL ACTION
                                     :     NO. 02-3768
     v.                              :
                                     :
JOHN J. RIGAS, MICHAEL J.            :
RIGAS, TIMOTHY J. RIGAS,             :
and JAMES P. RIGAS                   :
_____:

SCOTT BURNSIDE                       :     CIVIL ACTION
                                     :     NO. 02-3769
```

```
         v.                           :
                                      :
JOHN J. RIGAS, MICHAEL J.             :
RIGAS, TIMOTHY J. RIGAS,              :
and JAMES P. RIGAS                    :
                                      :
_____       :
WILLIAM H. SPADAFORA                  :   CIVIL ACTION
                                      :   NO. 02-3858
         v.                           :
                                      :
JOHN J. RIGAS, MICHAEL J.             :
RIGAS, TIMOTHY J. RIGAS,              :
and JAMES P. RIGAS                    :
                                      :
_____       :
FEIVEL GOTTLIEB RESTATED              :
DEFINED BENEFIT TRUST                 :   CIVIL ACTION
                                      :   NO. 02-4486
         v.                           :
                                      :
JOHN J. RIGAS, MICHAEL J.             :
RIGAS, TIMOTHY J. RIGAS,              :
and JAMES P. RIGAS                    :
_____       :
```

**DECLARATION OF ROBIN SWITZENBAUM IN SUPPORT OF THE SPADAFORA GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

Robin Switzenbaum hereby declares as follows:

1. I am a shareholder with Berger & Montague, P.C. I make this declaration in support of the Motion of William H. Spadafora, Thomas Tarla, Dallas Beecham and Carrol Beene for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Co-Lead Counsel.

2. Attached hereto as Exhibit A is a copy of the sworn certifications of William H. Spadafora, Thomas Tarla, Dallas Beecham and Carrol Beene (the "Proposed Lead Plaintiffs") setting forth their Class Period transactions in Adelphia Business

Solutions common stock.

 3. Attached hereto as Exhibit B is a chart setting forth the losses for the Proposed Lead Plaintiffs.

 4. Attached hereto as Exhibit C is a copy of the notice issued by Milberg Weiss Bershad Hynes & Lerach LLP on May 10, 2002 and distributed via *Business Wire* on May 13, 2002, advising purchasers of Adelphia Business Solutions common stock of their right to seek to serve as Lead Plaintiff no later than July 9, 2002.  Also attached are copies of the notices of Berger & Montague, P.C. and Schatz & Nobel, P.C. issued on May 23, 2002 and May 24, 2002, respectively.

 5. Attached hereto as Exhibit D is a copy of Berger & Montague, P.C.'s firm resume.

 6. Attached hereto as Exhibit E is a copy of Schatz & Nobel, P.C.'s firm resume.

 7. Attached hereto as Exhibit F is a copy of the Order entered by Judge Dalzell in <u>In re Rite Aid Corporation Securities Litigation</u>, 99-CV-1349 on June 2, 1999.

 I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 9, 2002.

                   _____
                   Robin Switzenbaum

352511.wpd