**CERTIFICATE OF SERVICE**

I, Robin Switzenbaum, Esquire, hereby certify that on this 9th day of July, 2002, I caused a true and correct copy of the Motion of William H. Spadafora, Thomas Tarla, Dallas Beecham and Carrol Beene for Consolidation, Appointment as Lead Plaintiffs Under Section 21D(a)(3)(B) of the Securities Act of 1934 and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel; Memorandum of Law in Support of the Spadafora Group's Motion for Consolidation, for Appointment as Lead Plaintiffs Under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and for Approval of Lead Plaintiffs' Selection of Co-Lead Counsel; Declaration of Robin Switzenbaum In Support of the Spadafora Group's Motion for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Co-Lead Counsel and exhibits attached thereto; and [Proposed] Order Granting the Spadafora Groups' Motion for Consolidation, Appointment of Lead Plaintiffs Under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel to be served via first class mail, postage pre-paid, on the following parties:

**Plaintiffs' Counsel**

| | |
|---|---|
| Deborah R. Gross, Esq.<br>Susan R. Gross, Esq.<br>**LAW OFFICES OF BERNARD**<br>**M. GROSS, P.C.**<br>1515 Locust Street<br>Second Floor<br>Philadelphia, PA 19102 | Steven G. Schulman, Esq.<br>Samuel H. Rudman, Esq.<br>**MILBERG WEISS BERSHAD HYNES**<br>**& LERACH LLP**<br>One Pennsylvania Plaza-49th Floor<br>New York, NY 10119 |

| | |
|---|---|
| Stuart Berman, Esq.<br>Mark Topaz, Esq.<br>**SCHIFFRIN & BARROWAY**<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004 | Michael I. Fistel, Jr., Esq.<br>**HOLZER & HOLZER**<br>6135 Barfield Road<br>Suite 102<br>Atlanta, GA 30328 |
| **CAULEY & GELLER**<br>11311 Arcade Drive<br>Suit 201<br>Little Rock, AR 72212 | John Emerson, Esq.<br>**THE EMERSON LAW FIRM**<br>P.O. Box 25336<br>Little Rock, AR 72221-5336 |
| Steven Recht, Esq.<br>**RECHT LAW OFFICES**<br>3403 Main Street<br>Weirton, WV 26062 | Marc Hoffman, Esq.<br>**HOFFMAN & EDELSON**<br>45 W. Court Street<br>Doylestown, PA 18901 |
| Harold B. Obstfeld, Esq.<br>**HAROLD B. OBSTFELD, P.C.**<br>260 Madison Avenue<br>New York, NY 10016 | Edward Korsinsky, Esq.<br>**BEATIE AND OSBORN, LLP**<br>521 Fifth Avenue<br>New York, NY 10175 |
| Lawrence P. Kolker, Esq.<br>**WOLF HALDENSTEIN ADLER**<br> **FREEMAN & HERZ, LLP**<br>270 Madison Avenue<br>New York, NY 10016 | |

**Defendants' Counsel**

Glenn A. Mitchell, Esq.
David U. Fierst, Esq.
**STEIN MITCHELL & MEZINES, LLP**
1100 Connecticut Ave., N.W.
11th Floor
Washington, D.C. 20036


                                                          _____
                                                          Robin Switzenbaum

352143.wpd